# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| NINA ZANDERS,<br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br>Defendant. | Case No. 1:13-cv-137<br><br>Judge Timothy S. Black<br><br>Magistrate Judge Karen L. Litkovitz |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 25)

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on March 28, 2018, submitted a Report and Recommendation (Doc. 27). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety. Accordingly:

1. The Report and Recommendation (Doc. 27) is **ADOPTED**;
2. Plaintiff's first motion for attorney fees (Doc. 25) is **GRANTED**;
3. Plaintiff's counsel is **AWARDED** $5,870.75 in fees.

IT IS SO ORDERED.

Date: 5/9/18

*Timothy S. Black*
Timothy S. Black
United States District Judge